# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED )<br><br>    Plaintiff,<br><br>v.<br><br>OLIGHT, OLIGHT WORLD USA, INC, BATTERIES PLUS HOLDING CORPORATION, OLIGHT TECHNOLOGY CO., LTD., ASCENT BATTERY SUPPLY, LLC., OLIGHT WORLD, MICA ELECTRONICS COMPANY LIMITED,<br><br>    Defendants. | No. 19-cv-5346<br><br>Honorable Judge Charles R. Norgle, Sr.<br>Magistrate Judge Honorable Sunil R. Harjani |

## DEFENDANTS', BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC, RULE 12(b)(6) MOTION TO DISMISS CAUSES OF ACTION FOUR AND SEVEN OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC, by and through their attorneys, GLENN F. FENCL and AMBER N. LUKOWICZ of JOHNSON AND BELL, LTD., and for the reasons more fully set forth in the Memorandum of Support accompanying this motion, hereby moves this Honorable Court for an entry of an order dismissing causes of action four and seven of Plaintiff LELYNE EDENS's Complaint as against these two defendants pursuant to FED. R. CIV. P. 12(b)(6).

Respectfully submitted,

JOHNSON & BELL, LTD.


**s/ Amber N. Lukowicz**
Amber N. Lukowicz; Bar Number: 6324266

One of the Attorneys for the Defendants Batteries Plus Holding Corporation and Ascent Battery Supply, LLC

Glenn F. Fencl ARDC# 3126086
Amber N. Lukowicz ARDC# 6324266
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
Phone: (312) 372 0770
Fax: (312) 372-9818
fenclf@jbltd.com
lukowicza@jbltd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      **s/ Amber N. Lukowicz**
                                      Amber N. Lukowicz; Bar Number: 6324266
One of the Attorneys for the Defendants Batteries Plus Holding Corporation and Ascent Battery Supply, LLC
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770
Fax: (312) 372-2881
E-mail: lukowicza@jbltd.com

*#5175405*