IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>BATTERIES PLUS HOLDING CORPORATION, OLIGHT TECHNOLOGY CO., LTD., ASCENT BATTERY SUPPLY, LLC., MICA ELECTRONICS COMPANY LIMITED.,<br><br>Defendants. | Case No. 19-cv-5346<br><br>Judge Charles R. Norgle |

## ORDER

Upon closer review of the pending motions and the complaint filed in this case, it has come to the Court's attention that no part of the events giving rise to this action have taken place in the Northern District of Illinois. Plaintiff alleges that the wrongful death in this case took place in Bradley, Illinois, which sits in Kankakee County. The decedent and Plaintiff were or are citizens of Indiana, and no defendant is a citizen of Illinois or of the Northern District of Illinois. Given the above, venue is not proper in the Northern District of Illinois pursuant to 28 U.S.C.A. § 1391(b).

The District Court for the Central District of Illinois is the proper venue for this action, as it encompasses Kankakee County. See https://www.usmarshals.gov/district/il-n/general/area.htm. Thus, because the percipient witnesses are likely closer in proximity to the Central District of Illinois, the Court transfers this action to the Central District of Illinois pursuant to 28 U.S.C. § 1404(a). The Clerk shall take the necessary actions to effectuate this transfer.

IT IS SO ORDERED.

ENTER: _____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: October 22, 2020